# Law Office of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue
River Edge, NJ 07661



233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

November 19, 2019

Hon. Loretta A. Preska
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:   United States v. Percell Leibert
           09 Cr. 192 (LAP)

Dear Judge Preska:

    Without objection from the Government, I respectfully request that this matter be adjourned to December 4, 2019, at 1 PM, for sentencing on specifications one and two. Mr. Leibert pleaded guilty to those two specifications on October 10, 2019. I request permission to file a sentencing memorandum by November 26, 2019.

    Mr. Leibert continues to consent to detention without prejudice, as he has done since his presentment before the Magistrate Judge on November 6, 2019. On that date, he self-surrendered and was arraigned before the Magistrate Judge on the fifth specification.

    He also requests that any time be excluded for purposes of speedy trial on the remaining specifications. Mr. Leibert prefers to be sentenced on specifications one and two, rather than proceeding on a hearing on specifications three through five.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
11/20/19

Sincerely,

Donald J. Yannella, Esq.