## Law Office of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-20-19

December 17, 2019

Hon. Loretta A. Preska
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Percell Leibert
           09 Cr. 192 (LAP)

Dear Judge Preska:

I am counsel for Paul Leibert, who was sentenced to a term of 13 months' imprisonment on December 4, 2019.

Mr. Leibert called me today from the Metropolitan Correction Center requesting a recommendation from Your Honor that he **not** be sent back to FCI Danbury, where he encountered trouble during his last prison term.

He requested that Your Honor recommend FCI Allenwood as an alternative. But first and foremost, anywhere but FCI Danbury.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

*Handwritten note:*

The Court recommends that Mr. Leibert NOT be sent back to FCI Danbury. The Court recommends FCI Allenwood or another facility other than Danbury.
12/17/19

So ordered
Loretta A. Preska