# Law Office of Donald Yannella, P.C.
Member of NY & NJ Bars
Tel: (212) 226-2883
Fax: (646) 430-8379
Email: nynjcrimlawyer@gmail.com

70 Grand Avenue
River Edge, NJ 07661

233 Broadway, Suite 2370
New York, NY 10279
(Preferred mailing address)

December 23, 2019

Hon. Loretta A. Preska
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-23-19

Re: United States v. Percell Leibert
09 Cr. 192 (LAP)

Dear Judge Preska:

I am counsel for Paul Leibert, who was sentenced to a term of 13 months' imprisonment on December 4, 2019.

Mr. Leibert called me from the Metropolitan Correction Center requesting a recommendation from Your Honor that he <u>not</u> be sent back to USP Canaan in Waymart, Pennsylvania.

I previously submitted a letter mistakenly asking for a recommendation that he not be sent to FCI Danbury, and I withdraw that request. (ECF # 102 and 103). I apologize for the confusion.

Mr. Leibert requested that Your Honor recommend FCI Allenwood as an alternative. But first and foremost, he does not want to return to USP Canaan.

*The Court recommends that Mr. Leibert NOT be returned to USP Canaan but rather to FCI Allenwood.*

Sincerely,

Donald J. Yannella, Esq.

SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/23/19