UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>-against-<br><br>PERCELL LEIBERT,<br><br>    Defendant. | No.  Cr. 192 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant Percell Leibert's request for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or, in the alternative, home confinement pursuant to 18 U.S.C. § 3624. (See dkt. no. 107.)  The Government shall inform the Court promptly if it opposes Mr. Leibert's requests.  If the Government does oppose, it shall file its opposition no later than May 28, 2020. Mr. Leibert shall file any reply papers no later than June 4, 2020.

**SO ORDERED.**

Dated: New York, New York
    May 20, 2020

              *Loretta A. Preska*
              _____
              LORETTA A. PRESKA
              Senior United States District Judge