UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>-against-<br><br>PERCELL LEIBERT,<br><br>             Defendant. | 09 Cr. 192 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant Percell Leibert's letter dated August 13, 2020, arguing that the BOP has not properly credited him for time that he has served in custody and requesting that he be credited for that time.  A copy of that letter is attached hereto.  The Government shall respond by letter to Mr. Leibert's request no later than October 9, 2020.

    The Clerk of the Court is respectfully directed to mail a copy of this order to Mr. Leibert.

**SO ORDERED.**

Dated:   New York, New York
           October 7, 2020

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge

8/13/20

To: Judge Loretta A. Preska

From: Percell Leibert

I am writing to you because I was not credited all of the days I served in custody. The days from Oct 10th 2019 - Oct 28th 2019 were not counted on my time computation sheet. I was in custody waiting to be placed in a program, and I was told by my lawyer that those days were going to be credited to me on my sentence date. I wrote this to my Lawyer several times but he has not contacted me back about this issue, in two months. My release is now under 2 months away that's why I am writing to you to see if I can be credited the time. Thank you.

Percell Leibert

2020 AUG 18 AM 10:20
RECEIVED
SDNY PRO SE OFFICE

RECEIVED
SDNY PRO SE OFFICE
2020 AUG 18  AM 10: 10

Percell Leibert 61956-054
metropolitan correctional center
150 Park row
New York, NY 10007

Senior US District Judge
Loretta A. Preska
500 Pearl Street
New York, NY 10007